IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RUTH HILL,                                      )
                                                )
        Plaintiff,                              )
                                                )       Civil Action No. 3:13-cv-0313
v.                                              )
                                                )       JUDGE CAMPBELL
GANNETT SATELLITE INFORMATION                   )       Magistrate Judge Griffin
NETWORK, INC. d/b/a                             )
TENNESSEAN MEDIA GROUP,                         )
                                                )
        Defendant.                              )

## AGREED ORDER TO FURNISH MEDICAL RECORDS

Upon motion of counsel for defendant, the same being unobjected to by counsel for the

Plaintiff, and the Plaintiff having waived any privilege and consented to records being disclosed,

it is hereby ORDERED that all physicians, hospitals, health care providers, governmental

agencies, employers, and insurers, having records or information concerning RUTH HILL, date

of birth xx-xx-1956, shall furnish to the Defendant's attorney, Charles K. Grant, or his designate,

all medical records and/ or reports, histories obtained, operative notes, office notes, discharge

notices, x-ray films, laboratory and/or x-ray reports of which the provider has possession.

IT IS FURTHER ORDERED that the reasonable expense of duplicating said records

shall be paid by Attorney Charles K. Grant and that he shall promptly furnish a copy of all

information so provided to Plaintiff's counsel at no expense to them within ten days of receiving

the records.

IT IS FURTHER ORDERED that this Order shall expire two (2) years after its entry, and

shall be of no further force or effect.

IT IS FURTHER ORDERED that this Order does not allow any oral communications by Charles K. Grant, or anyone associated with the Law Firm of Baker, Donelson, Bearman, Caldwell and Berkowitz, PC or anyone at their direction.

IT IS FURTHER ORDERED that any records obtained pursuant to this Order shall not be used outside of litigation or released to any third party not connected to the litigation by the Defendant, Defendant's counsel, or any third parties to whom the records were provided by Defendant or Defendant's counsel.

BY THE COURT:

UNITED STATES MAGISTRATE JUDGE

2

APPROVED FOR ENTRY:

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC


 /s/ Megan Sutton
Charles K. Grant (BPR No. 017801)
Megan M. Sutton (BPR No. 029419)
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, Tennessee 37201
615.726.5767 Telephone
615.744.5767 Facsimile
615.726.5614 Telephone
615.744.5614 Facsimile

*Attorneys for Defendant Gannett Satellite*
*Information Network, Inc.*



 /s/ Kyle F. Biesecker w/ permission by Megan Sutton
Kyle F. Biesecker, BPR No. 28872
Biesecker, Dutkanych & Macer, LLC
3200 West End Avenue, Suite 500
Nashville, TN 37203
(615) 783-2171 (phone)
(812) 424-1005 (fax)
kfb@bdlegal.com (email)

*Attorneys for Plaintiff Ruth Hill*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2013, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record; and copies were furnished by U.S. Mail to counsel who were not provided a copy by the CM/ECF system:

Kyle F. Biesecker, BPR No. 28872
Biesecker, Dutkanych & Macer, LLC
3200 West End Avenue, Suite 500
Nashville, TN 37203

/s/ Megan M. Sutton

4